UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Civil Action No.  3:07-md-1827 SI

| | |
|---|---|
| In Re: TFT-LCD (Flat Panel) Antitrust Litigation | ) ) ) |
| Plaintiff, | ) ) |
| _____ | ) ) |

**BRANDSMART USA, INC'S MOTION TO QUASH SUBPOENA SERVED BY SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION**

COMES NOW, BRANDSMART USA INC., (hereinafter "BRANDSMART"), by and through its undersigned counsel, and pursuant to Fed.R.Civ.P. 45, files its Motion to Quash Subpoena Served by Sharp Corporation and Sharp Electronics Corporation and in support thereof states:

1. On June 16, 2010, the undersigned was served with a subpoena for the production of documents in the above referenced litigation.  A copy of the subpoena is attached hereto as Exhibit "A".

2. Over the past four months, the undersigned and counsel for Sharp have had numerous telephone conferences to discuss the undue burden that would be placed on BrandsMart in responding to the subpoena.  Specifically, counsel for Sharp has been advised that: (1) there is no system in place to electronically search for merchandise purchased by BrandsMart that contains an LCD; and (2) there is no system in place to electronically search for merchandise sold by BrandsMart that contains an LCD.

3. During each telephone conference, counsel for Sharp has extended the deadline

        for the production of said documents.

4. Currently, the deadline for the production of said documents in October 29, 2010.

5. The instant subpoena for documents is over broad, unreasonable, oppressive and would be unduly burdensome for BrandsMart to obtain, as well as costly.

6. The approximate number of man hours, as well as the projected cost of obtaining said information is overwhelming.

6. An affidavit from BRANDSMART's CFO, Eric Beazley, is attached hereto as Exhibit "B" attesting to the burden and cost of obtaining the requested information.

WHEREFORE, BRANDSMART files its objection to the subpoena served by Sharp Corporation and Sharp Electronics Corporation.

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, I electronically filed the foregoing Objection to Subpoena Served by Sharp Corporation and Sharp Electronics Corporation with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being sent via certified mail return receipt requested to: Jacob R. Sorenson, Pillsbury Winthrop Shaw Pittman LLP, 50 Fremont St., San Francisco, CA 94105 and John Rosenquest, Morgan Lewis & Bockius LLP, 200 S. Biscayne Blvd., 5300 Wachovia Financial Center, Miami, Fl  33131.

        Respectfully submitted,
        /s/  Tamatha S. Alvarez
        TAMATHA S. ALVAREZ
        Florida Bar No.:  151467
        tsalaw@hotmail.com
        MARTIN, LISTER & ALVAREZ, PLC
        2893 Executive Park Drive, Suite 204
        Weston, Florida  33331
        Telephone:     (954) 659-9322
        Facsimile:     (954) 659-9909
        Attorneys for BRANDSMART USA, INC.